1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,   ) | Case No. 14cr3027 AJB |
|---|---|
| Plaintiff, ) | |
| v.                                                           ) | ORDER AND JUDGMENT TO |
|                                                                 ) | DISMISS WITHOUT PREJUDICE |
| ELIZABETH DELGADILLO (2),   ) | |
|                                                                 ) | (Doc. No. 37) |
| Defendant.                              ) | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 19, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge